# EXHIBIT A

# Portion of GX 412

| Lizbeth Castellanos Bautista | Alba Luz Castellanos Bautista | 10/2/15 | 1 | $627.00 |
|---|---|---|---|---|
| | | 2/28/16 | 1 | $840.00 |
| | Alba Luz Castellanos Bautista Total | | 2 | $1,467.00 |
| | Alfonso Guzman Mendez | 12/29/15 | 1 | $880.00 |
| | Alfonso Guzman Mendez Total | | 1 | $880.00 |
| | Cristian Alexander Bustos Quirino | 3/29/15 | 1 | $248.00 |
| | Cristian Alexander Bustos Quirino Total | | 1 | $248.00 |
| | Gonsalo Castellanos Justo | 2/1/15 | 1 | $685.00 |
| | | 9/13/15 | 1 | $90.00 |
| | | 9/17/15 | 1 | $90.00 |
| | | 1/15/16 | 1 | $122.00 |
| | | 3/20/16 | 1 | $870.00 |
| | | 6/11/16 | 1 | $816.00 |
| | | 8/1/16 | 1 | $806.00 |
| | | 9/11/16 | 1 | $290.00 |
| | | 1/31/17 | 1 | $729.00 |
| | | 3/19/17 | 1 | $105.00 |
| | | 5/28/17 | 1 | $704.00 |
| | | 7/7/17 | 1 | $94.00 |
| | Gonsalo Castellanos Justo Total | | 12 | $5,401.00 |
| | Jesus Manuel Castellanos Bautista | 7/14/16 | 1 | $55.00 |
| | | 7/25/16 | 1 | $163.00 |
| | | 9/20/16 | 1 | $40.00 |
| | | 10/2/16 | 1 | $90.00 |
| | Jesus Manuel Castellanos Bautista Total | | 4 | $348.00 |
| | Lady Laura Castellanos Bautista | 8/23/15 | 1 | $90.00 |
| | | 8/30/15 | 1 | $590.00 |
| | | 11/15/15 | 1 | $90.00 |
| | | 1/31/16 | 1 | $827.00 |
| | | 3/6/16 | 1 | $850.00 |
| | | 4/11/16 | 1 | $890.00 |
| | | 7/6/16 | 1 | $805.00 |
| | | 7/25/16 | 1 | $800.00 |
| | | 8/28/16 | 1 | $400.00 |
| | | 9/19/16 | 1 | $90.00 |
| | | 11/5/16 | 1 | $526.00 |
| | | 11/13/16 | 1 | $495.00 |
| | | 12/4/16 | 1 | $728.00 |
| | | 12/18/16 | 1 | $742.00 |
| | | 1/12/17 | 1 | $695.00 |
| | | 2/19/17 | 1 | $700.00 |
| | | 6/26/17 | 1 | $113.00 |
| | Lady Laura Castellanos Bautista Total | | 17 | $9,431.00 |
| | Martha Bautista Altamirano | 6/30/14 | 1 | $432.00 |
| | Martha Bautista Altamirano Total | | 1 | $432.00 |

1

2

| | | | | |
|---|---|---|---|---|
| | No Payee Info Provided | 4/9/16 | 1 | $39.58 |
| | No Payee Info Provided Total | | 1 | $39.58 |
| | Yesenia Martinez Contreras | 1/16/16 | 1 | $61.00 |
| | Yesenia Martinez Contreras Total | | 1 | $61.00 |
| Lizbeth Castellanos Bautista Total | | | 40 | $18,307.58 |