# EXHIBIT B

# Portion of GX 412

| | | | | |
|---|---|---|---|---|
| Cristina Sanchez Sanchez | Abel Romero Melendez | 2/20/06 | 1 | $400.00 |
| | | 2/27/06 | 1 | $300.00 |
| | | 3/13/06 | 1 | $400.00 |
| | | 3/27/06 | 1 | $400.00 |
| | | 4/4/06 | 1 | $200.00 |
| | | 4/19/06 | 1 | $200.00 |
| | | 5/4/06 | 1 | $400.00 |
| | | 6/16/06 | 1 | $200.00 |
| | | 6/21/06 | 1 | $100.00 |
| | | 6/27/06 | 1 | $600.00 |
| | | 7/6/06 | 1 | $100.00 |
| | | 8/11/06 | 1 | $200.00 |
| | | 8/14/06 | 1 | $200.00 |
| | | 8/18/06 | 1 | $200.00 |
| | | 12/29/07 | 1 | $800.00 |
| | | 1/10/08 | 1 | $200.00 |
| | | 1/28/08 | 1 | $200.00 |
| | | 2/8/08 | 1 | $280.00 |
| | | 3/3/08 | 1 | $290.00 |
| | | 3/14/08 | 1 | $280.00 |
| | | 3/15/08 | 1 | $1,000.00 |
| | | 6/9/11 | 1 | $320.00 |
| | | 6/16/11 | 1 | $100.00 |
| | | 7/4/11 | 1 | $1,000.00 |
| | | 7/23/11 | 1 | $1,500.00 |
| | | 10/15/11 | 1 | $500.00 |
| | | 11/15/11 | 1 | $170.00 |
| | | 2/9/12 | 1 | $300.00 |
| | | 3/2/12 | 1 | $430.00 |
| | | 3/22/12 | 1 | $280.00 |
| | | 3/27/12 | 1 | $400.00 |
| | | 4/10/12 | 1 | $400.00 |
| | | 4/23/12 | 1 | $420.00 |
| | | 5/8/12 | 1 | $500.00 |
| | | 5/22/12 | 1 | $500.00 |
| | | 5/25/12 | 1 | $730.00 |
| | | 6/17/12 | 1 | $370.00 |
| | | 7/16/12 | 1 | $500.00 |
| | | 7/23/12 | 1 | $530.00 |
| | | 8/9/12 | 1 | $610.00 |
| | | 9/5/12 | 1 | $700.00 |
| | | 9/17/12 | 1 | $600.00 |
| | | 9/18/12 | 1 | $180.00 |
| | | 9/23/12 | 1 | $800.00 |
| | | 10/5/12 | 1 | $150.00 |
| | | 11/4/12 | 1 | $250.00 |

| Name | Date | Count | Amount |
|---|---|---|---|
| Abel Romero Melendez Total | | 46 | $19,190.00 |
| Adriana Delgado Cardona | 8/27/13 | 1 | $1,515.00 |
| Adriana Delgado Cardona Total | | 1 | $1,515.00 |
| Adriana Sanchez Sanchez | 10/16/11 | 1 | $90.00 |
| | 11/7/11 | 1 | $70.00 |
| | 4/11/18 | 1 | $75.00 |
| | 6/27/18 | 1 | $80.00 |
| | 7/18/18 | 1 | $55.00 |
| Adriana Sanchez Sanchez Total | | 5 | $370.00 |
| Alicia Romero Melendez | 8/10/11 | 1 | $2,000.00 |
| | 4/27/12 | 1 | $150.00 |
| Alicia Romero Melendez Total | | 2 | $2,150.00 |
| Angelica Sanchez Sanchez | 3/29/14 | 1 | $80.00 |
| | 11/6/17 | 1 | $180.00 |
| | 12/17/17 | 1 | $60.00 |
| Angelica Sanchez Sanchez Total | | 3 | $320.00 |
| Antonia Sanchez Sanchez | 3/15/16 | 1 | $120.00 |
| | 3/17/16 | 1 | $120.00 |
| Antonia Sanchez Sanchez Total | | 2 | $240.00 |
| Audelia Breniz Nieto | 9/12/13 | 1 | $110.00 |
| | 11/2/13 | 2 | $140.00 |
| | 11/23/13 | 1 | $120.00 |
| | 6/23/14 | 1 | $175.00 |
| Audelia Breniz Nieto Total | | 5 | $545.00 |
| Daniel Sanchez Ramirez | 7/8/17 | 1 | $360.00 |
| Daniel Sanchez Ramirez Total | | 1 | $360.00 |
| Enrique Sanchez Sanchez | 7/6/13 | 1 | $60.00 |
| | 3/28/15 | 1 | $80.00 |
| | 10/2/16 | 1 | $50.00 |
| | 3/4/18 | 1 | $50.00 |
| Enrique Sanchez Sanchez Total | | 4 | $240.00 |
| Estela Ascencion Paredes | 01/22/2013 | 1 | $980.00 |
| | 05/07/2012 | 1 | $900.00 |
| | 05/17/2017 | 1 | $950.00 |
| | 06/22/2012 | 1 | $950.00 |
| | 11/16/2012 | 1 | $850.00 |
| | 12/24/2012 | 1 | $900.00 |
| | 12/24/07 | 1 | $600.00 |
| | 3/18/08 | 1 | $290.00 |
| | 3/28/08 | 1 | $390.00 |
| | 4/15/08 | 1 | $100.00 |
| | 5/27/08 | 1 | $900.00 |
| | 6/9/08 | 1 | $300.00 |
| | 7/15/08 | 1 | $340.00 |
| | 9/29/08 | 1 | $980.00 |

2

| | | | |
|---|---|---|---|
| | 10/15/08 | 1 | $980.00 |
| | 11/17/08 | 1 | $900.00 |
| | 9/22/11 | 1 | $800.00 |
| | 10/19/11 | 1 | $800.00 |
| | 11/1/11 | 1 | $800.00 |
| | 12/26/11 | 1 | $900.00 |
| | 7/13/12 | 1 | $600.00 |
| | 8/3/12 | 1 | $950.00 |
| | 3/8/13 | 1 | $980.00 |
| | 11/4/13 | 1 | $770.00 |
| | 7/5/14 | 1 | $710.00 |
| | 5/21/15 | 1 | $810.00 |
| | 1/9/17 | 1 | $710.00 |
| | 5/17/17 | 1 | $960.00 |
| Estela Ascencion Paredes Total | | 28 | $21,100.00 |
| Herlinda Sanchez Sanchez | 3/14/08 | 1 | $200.00 |
| | 8/6/08 | 1 | $300.00 |
| | 8/14/08 | 1 | $150.00 |
| | 8/27/08 | 1 | $200.00 |
| | 9/4/08 | 1 | $150.00 |
| | 9/17/08 | 1 | $250.00 |
| | 9/25/08 | 1 | $170.00 |
| | 10/9/08 | 1 | $130.00 |
| | 10/28/08 | 1 | $140.00 |
| | 7/17/15 | 1 | $960.00 |
| | 5/27/17 | 1 | $550.00 |
| | 6/17/17 | 1 | $580.00 |
| Herlinda Sanchez Sanchez Total | | 12 | $3,780.00 |
| Hilario Colohua Sanchez | 7/20/13 | 1 | $120.00 |
| | 10/18/15 | 1 | $150.00 |
| Hilario Colohua Sanchez Total | | 2 | $270.00 |
| Jaime Sanchez Sanchez | 2/15/14 | 1 | $960.00 |
| | 10/29/15 | 1 | $810.00 |
| Jaime Sanchez Sanchez Total | | 2 | $1,770.00 |
| Jose Guadalupe Tzompaxtle Sanchez | 11/21/17 | 1 | $20.00 |
| | 11/25/17 | 1 | $210.00 |
| | 12/2/17 | 1 | $60.00 |
| | 12/31/17 | 1 | $50.00 |
| | 1/4/18 | 1 | $42.00 |
| Jose Guadalupe Tzompaxtle Sanchez Total | | 5 | $382.00 |
| Juan Colohua Cervantes | 11/15/15 | 1 | $160.00 |
| | 12/11/15 | 1 | $250.00 |
| | 1/15/16 | 1 | $120.00 |
| Juan Colohua Cervantes Total | | 3 | $530.00 |
| Juan Romero Rosas | 3/28/08 | 1 | $200.00 |

3

| Payee | Date | Count | Amount |
|---|---|---|---|
| Juan Romero Rosas Total | | 1 | $200.00 |
| Luis Gustavo Salas Romero | 3/3/18 | 1 | $35.00 |
| Luis Gustavo Salas Romero Total | | 1 | $35.00 |
| Maria Magdalena Tzompaxtle Sanchez | 11/19/17 | 1 | $60.00 |
| | 12/5/17 | 2 | $340.00 |
| | 12/11/17 | 1 | $60.00 |
| | 1/4/18 | 1 | $76.00 |
| | 1/23/18 | 1 | $50.00 |
| | 2/5/18 | 2 | $220.00 |
| | 3/5/18 | 1 | $150.00 |
| Maria Magdalena Tzompaxtle Sanchez Total | | 9 | $956.00 |
| Maria Sanchez Carbajal | 5/1/12 | 1 | $1,500.00 |
| Maria Sanchez Carbajal Total | | 1 | $1,500.00 |
| Mario Alberto Rosales Rodarte | 12/17/15 | 1 | $990.00 |
| Mario Alberto Rosales Rodarte Total | | 1 | $990.00 |
| Martina Romero Sanchez | 10/31/15 | 1 | $240.00 |
| Martina Romero Sanchez Total | | 1 | $240.00 |
| Miguel Angel Contreras Rafael | 7/20/13 | 1 | $910.00 |
| Miguel Angel Contreras Rafael Total | | 1 | $910.00 |
| No Payee Info Provided | 2/21/08 | 1 | $280.00 |
| No Payee Info Provided Total | | 1 | $280.00 |
| Pablo Sanchez Sanchez | 03/12/2012 | 1 | $850.00 |
| | 03/22/2012 | 1 | $850.00 |
| | 04/02/2012 | 1 | $380.00 |
| | 05/25/2013 | 1 | $470.00 |
| | 06/02/2017 | 1 | $990.00 |
| | 07/05/2012 | 1 | $980.00 |
| | 10/31/2012 | 1 | $850.00 |
| | 2/20/12 | 1 | $800.00 |
| | 2/16/13 | 1 | $600.00 |
| | 7/26/13 | 1 | $760.00 |
| | 10/5/13 | 1 | $960.00 |
| | 4/28/14 | 1 | $960.00 |
| | 8/25/14 | 1 | $790.00 |
| | 12/13/14 | 1 | $950.00 |
| | 2/28/15 | 1 | $910.00 |
| | 4/25/15 | 1 | $910.00 |
| | 9/2/15 | 1 | $1,515.00 |
| | 9/3/15 | 1 | -$1,515.00 |
| | 9/4/15 | 1 | $1,515.00 |
| | 11/30/15 | 1 | $1,515.00 |
| | 6/2/17 | 1 | $1,000.00 |
| Pablo Sanchez Sanchez Total | | 21 | $17,040.00 |
| Paulina Colohua Cervantes | 6/19/16 | 1 | $100.00 |
| | 10/29/16 | 1 | $50.00 |

4

| | | | |
|---|---|---|---|
| Paulina Colohua Cervantes Total | | 2 | $150.00 |
| Raul Rojas Campos | 10/4/11 | 1 | $350.00 |
| Raul Rojas Campos Total | | 1 | $350.00 |
| Reina Sanchez Tentzohua | 8/14/11 | 1 | $40.00 |
| | 8/30/11 | 1 | $70.00 |
| | 12/30/11 | 1 | $150.00 |
| | 6/13/12 | 1 | $60.00 |
| | 11/18/12 | 1 | $150.00 |
| | 4/15/13 | 1 | $90.00 |
| | 5/27/13 | 1 | $50.00 |
| | 9/16/13 | 1 | $120.00 |
| | 10/14/13 | 1 | $120.00 |
| | 11/11/13 | 1 | $80.00 |
| | 12/7/13 | 1 | $145.00 |
| | 12/8/13 | 1 | $145.00 |
| | 12/9/13 | 1 | $145.00 |
| | 2/23/14 | 1 | $60.00 |
| | 5/3/15 | 1 | $150.00 |
| | 5/4/15 | 1 | $150.00 |
| | 11/20/15 | 1 | $190.00 |
| | 3/19/16 | 1 | $120.00 |
| | 1/21/17 | 1 | $100.00 |
| | 3/1/17 | 1 | $35.00 |
| | 4/30/17 | 1 | $90.00 |
| | 12/23/17 | 1 | $80.00 |
| | 1/30/18 | 1 | $130.00 |
| | 2/19/18 | 1 | $95.00 |
| | 2/27/18 | 1 | $60.00 |
| | 3/17/18 | 1 | $110.00 |
| | 3/21/18 | 1 | $40.00 |
| | 7/10/18 | 1 | $200.00 |
| | 7/21/18 | 1 | $190.00 |
| Reina Sanchez Tentzohua Total | | 29 | $3,165.00 |
| Santiago Hernandez Tzompaxtle | 2/24/18 | 1 | $100.00 |
| Santiago Hernandez Tzompaxtle Total | | 1 | $100.00 |
| Sofia Melendez Perez | 3/16/08 | 1 | $1,000.00 |
| | 3/25/08 | 1 | $290.00 |
| | 3/29/08 | 1 | $250.00 |
| | 6/9/12 | 1 | $300.00 |
| | 5/19/13 | 1 | $650.00 |
| Sofia Melendez Perez Total | | 5 | $2,490.00 |
| Teodora Cervantes Sanchez | 11/27/16 | 1 | $120.00 |
| | 1/28/18 | 1 | $120.00 |
| | 3/18/18 | 1 | $100.00 |
| | 4/22/18 | 1 | $150.00 |

5

| | | | | |
|---|---|---|---|---|
| | | 6/3/18 | 1 | $150.00 |
| | | 7/29/18 | 1 | $150.00 |
| | Teodora Cervantes Sanchez Total | | 6 | $790.00 |
| | Teresa Sanchez Colohua | 3/25/12 | 1 | $100.00 |
| | Teresa Sanchez Colohua Total | | 1 | $100.00 |
| | Yenifer Alisney Gonsalez Vieyra | 7/17/13 | 1 | $910.00 |
| | | 7/20/13 | 1 | -$910.00 |
| | Yenifer Alisney Gonsalez Vieyra Total | | 2 | $0.00 |
| | Yesenia Martinez Contreras | 08/27/2012 | 1 | $850.00 |
| | | 09/27/2012 | 1 | $650.00 |
| | | 10/25/2012 | 1 | $180.00 |
| | | 10/27/2012 | 1 | $165.00 |
| | Yesenia Martinez Contreras Total | | 4 | $1,845.00 |
| | Yolanda Sanchez Sanchez | 03/25/2017 | 1 | $950.00 |
| | | 3/25/17 | 1 | $960.00 |
| | Yolanda Sanchez Sanchez Total | | 2 | $1,910.00 |
| Cristina Sanchez Sanchez Total | | | 211 | $85,813.00 |

6