# EXHIBIT C



### PRISONER PROPERTY RECEIPT

Revised 12-12-07

DATE PREPARED: 7/27/12    PRECINCT: 11C

| ARRESTING / ASSIGNED OFFICER | RANK | SHIELD # | TAX | COMMAND |
|---|---|---|---|---|
| DELGADO | PO | 23727 | 938343 | NBQ |

| PRISONER'S LAST NAME | FIRST NAME | AGE | ADDRESS (INCLUDE CITY, STATE, ZIP CODE, APT #) |
|---|---|---|---|
| Sanchez | Cristina | 24 | (Corona, NY) |

DATE OF ARREST: 7/27/12    CHARGES / OFFENSE UNDER INVESTIGATION: 230.00

**PROPERTY REMOVED** THE FOLLOWING PROPERTY HAS BEEN REMOVED FROM YOUR POSSESSION AND **VOUCHERED**:

CURRENCY: 2
DOLLAR AMOUNT:

OTHER: 1000073605    1 cell phone

IN ORDER TO INQUIRE ABOUT DISPOSITION OF YOUR PROPERTY, YOU ARE ADVISED TO CALL THE FOLLOWING LOCATION:
MONDAY THROUGH FRIDAY 9AM – 5PM   COMMAND: NBQ   PHONE #: _____

**PROPERTY RETURNED** THE FOLLOWING PROPERTY HAS BEEN RETURNED TO YOU:

CURRENCY: 2
OTHER: _____

I HAVE RECEIVED A COPY OF THIS NOTICE REGARDING PROPERTY REMOVED AND/OR RETURNED TO ME.

DEFENDANT'S SIGNATURE: Sanchez    DEF'T'S NAME PRINTED    DATE: 7/27/12

** SUPERVISOR WILL CONFIRM DEFENDANT'S REFUSAL TO SIGN THIS FORM BY SIGNING NAME AND TAX NUMBER IN PLACE OF DEFENDANT'S SIGNATURE AND ENTERING REFUSED.

I HAVE ISSUED A COPY OF THIS RECEIPT TO THE ABOVE DEFENDANT

A/O SIGNATURE ____    A/O NAME PRINTED: PO DELGADO    DATE: 7/27/12
SUPERVISOR SIGNATURE ____    SUPERVISOR NAME PRINTED: Ferguson    DATE: 7/27/12

GOVERNMENT EXHIBIT
217
17-CR-434 (S-2) (ARR)

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **4000073645**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **115TH PCT.** | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| 07/27/2012 | **GENERAL PROPERTY** | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | DT3 | MARTINO, WILLIAM | 932969 | QNSNB | OCME. EU No. |
| Arresting | POF | DELGADO, IRENE | 938343 | QNSNB | OCME. FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | LT | FERGUSON, GERALD | 903127 | QNSNB | Det Sqd. Case No.   N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.   N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: T MOBILE | 1201073221 | 1 | |

**REMARKS:**
932969 07/27/2012 21:19 : THE ABOVE ITEM IS BEING VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|
| 07/27/2012 | 230.00/PROSTITUTION | MISDEMEANOR | N/A | | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1  SANCHEZ, CHRISTINA | 1987 | 24 | | QUEENS, NY | Q12643358 | 11963342R |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | MARTINO, WILLIAM | 932969 | QNSNB | 07/27/2012 | 21:11 |
| Invoicing Officer | DT3 | MARTINO, WILLIAM | 932969 | QNSNB | 07/27/2012 | 21:23 |
| Approved By | LT | FERGUSON, GERALD | 903127 | QNSNB | 07/27/2012 | 21:23 |

Invoice No. **4000073645**

Prisoner / Finder / Owner Copy
printed: 07/27/2012 21:23

PCD Storage No. --

Page No. 1 of 2

**GOVERNMENT EXHIBIT**
**218**
*17-CR-434 (S-2) (ARR)*

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **4000073645**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, In person or by mail, the Invoice and proper identification (*one (1) government issued photo identification plus at least one (1) non-photo identification*) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

### ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than **120 days** after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is **NOT** required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have **270 days** from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within **270 days** of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

### INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after **one (1) year**, unless otherwise requested by the Investigating officer.

### DECEDENT'S PROPERTY

*LETTERS TESTAMENTARY* or *LETTERS OF ADMINISTRATION* obtained from the Surrogate Court of the decedent's county of residence are required for release.

### FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
   a. Property having a value of less than $100 --- **3 months**
   b. Property having a value of $100 but less than $500 --- **6 months**
   c. Property having a value of $500 but less than $5000 --- **1 year**
   d. Property having a value of $5000 or more --- **3 years**

### SAFEKEEPING

Property held for Safekeeping must be claimed within **120 days** from the date it was invoiced. After **120 days**, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within **one (1) year** of the date of invoice. After the expiration of **one (1) year**, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

### PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of **90 days**. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
   a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
   b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

---

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in.
The Property Clerk offices are located at:

| | | |
|---|---|---|
| MANHATTAN | 1 Police Plaza | 646-610-5906 |
| BRONX | 215 East 161 St. | 718-590-2806 |
| BROOKLYN | 301 Gold Street | 718-875-6675 |
| QUEENS | 47-08 Austell Place | 718-433-2678 |
| STATEN ISLAND | 1 Edgewater Plaza | 718-876-8413 |
| PEARSON PLACE WAREHOUSE | 47-15 Pearson Place | 718-361-1021 |

*Checks will only be issued between the hours of 8:30 AM and 2:30 PM*

If vehicle is involved, contact the following:
   SPRINGFIELD GARDENS AUTO POUND       174-20 North Boundary Road, Queens, NY       718-553-9555

For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **4000073645**

Prisoner / Finder / Owner Copy
printed: 07/27/2012 21:23

PCD Storage No. --

Page No. 2 of 2

*Gov. Ex. 218-002*