# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET<br>35TH FLOOR<br>BROOKLYN, NEW YORK 11241 | Tel: (718) 246-2900<br>Fax: (718) 246-2903<br>Email: mhueston@nyc.rr.com |

ADMITTED NY

February 10, 2022

**BY ECF**
The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Melendez-Perez, et al.*, 17 Cr. 434 (ARR)

Your Honor:

      I represent defendant Mr. Abel Romero-Melendez in the above-referenced case.

      Please find attached the Federal Bureau of Prisons Work Performance Rating that was provided to the Court and the Government, during Mr. Romero-Melendez's sentencing.

      Respectfully,

      /s/
      Michael Hueston

Enc.