Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

**Eastern** District of **New York**

Caption:

United States

v.

Abel Romero-Melendez

Docket No.: 17 Cr. 434 (ARR)

Ross, J.
(District Court Judge)

Notice is hereby given that **Abel Romero-Melendez** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [✓] **conviction from trial**
(specify)

entered in this action on **February 28, 2022**.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: **2/10/2022**   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel?   Yes [●]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Michael Hueston, Esq. (CJA)

Counsel's Address: 16 Court Street, 35th Floor

Brooklyn, New York 11241

Counsel's Phone: (718) 246-2900

Assistant U.S. Attorney: AUSA Tanya Hajjar

AUSA's Address: 225 Cadman Plaza East

Brooklyn, New York 11201

AUSA's Phone: (718) 254-6109

/s/ Michael Hueston, Esq.
Signature